# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| BYRON HICKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO: |
| v. ) | 1:21-cv-02916-MLB |
| ) | |
| UNITED STATES ADVANCED ) | |
| NETWORK, INC. d/b/a USAN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Byron Hickey and Defendant United States Advanced Network, Inc. d/b/a USAN (collectively, the "Parties") hereby stipulate to the dismissal of this action with prejudice. Each of the Parties will bear his/its own costs and fees.

Jointly submitted,

/s/Christopher P. Butler
Christopher P. Butler, Esq.
Georgia Bar No. 099522
Christopher Butler LLC
P.O. Box 13487
Atlanta, Georgia 30324
404.295.1985
cbutlerlaw@outlook.com

Counsel for Defendant, USAN, Inc.

/s/ Mitchell D. Benjamin (by CPB)

1

>Mitchell D. Benjamin, Esq.
>Georgia Bar No. 049888
>Charles R. Bridgers, Esq.
>Georgia Bar No. 080791
>Delong Caldwell Bridgers
>Fitzpatrick & Benjamin, LLC
>101 Marietta Street, NW
>Atlanta, Georgia 30303
>404.979.3150
>charlesbridgers@dcbflegal.com
>benjamin@dcbflegal.com
>
>Counsel for Plaintiff, Byron Hickey

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel for Defendant certifies that this document has been prepared in Times New Roman, 14-point font, which is one of the fonts and point selections approved by the Court in Local Rule 5.1(B).

>/s/*Christopher P. Butler*
>Christopher P. Butler, Esq.

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2021, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following registrant:

> Mitchell D. Benjamin, Esq.
> Charles R. Bridgers, Esq.
> Delong Caldwell Bridgers
> Fitzpatrick & Benjamin, LLC
> 101 Marietta Street, NW
> Atlanta, Georgia 30303

/s/Christopher P. Butler
Christopher P. Butler, Esq.

Counsel for Defendant